**CRIMINAL DOCKET** U.S. DISTRICT COURT

| | | | | |
|---|---|---|---|---|
| PO ☐ | 0975 | 1 | Assigned 7510 | ☐ WRIT ☐ JUVENILE ☐ ALIAS |
| Misd. ☐ | | | Sentence 7510 | VS. |
| Felony ☒ | District | Off. | Judge/Magistr. | OFFENSE ON INDEX CARD |

KIM, DAVID S.

| Mo. | Day | Yr. | Dkt No. | Def. |
|---|---|---|---|---|
| 11 | 27 | 91 | 91 01854 ACK 0 9 |

No. of Def's 4   U.S. MAG. CASE NO. ▶91-0637MC 04

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. N.G. |
|---|---|---|---|
| 21:846 | Conspiracy to distr, possess w/intent to distr cr methamphetamine, Sched II (11/91)   CT 2 | 1   1 | ☒ |
| 21:841(a)(1) & 18:2 | Aid/Abet, Possess w/intent to distr cr methamphetamine, Sched II (11/91)   CT 8 10 15 | 1   1 | ☒ |
| 21:841(a)(1) | Distribution of Crystal Methamphetamine, Sched II (11/02/91)   [Information] | 1 | ☒ |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**

KEY DATE ▶ 11-07-91   EARLIEST OF: ☒ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**

KEY DATE ▶ 11-27-91   APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE 12-02-91 / 01-09-92 / 02-06-92 2nd Sup. Ind.

a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☒ Supsdg ☒ Ind ☐ Inf
d) ☐ Order New trial

**END INTERVAL TWO**

KEY DATE 04-16-92   APPLICABLE: ☐ Dismissal ☒ Pled guilty ☒ After N.G ☐ Nolo ☐ After nolo ☐ Trial (von dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel 11-08-91 | ARRAIGNMENT 12-02-91 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 07/20/92 | SENTENCE DATE 07/20/92 | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | INITIAL APPEARANCE DATE ▶ 11-08-91 | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued / Served | | PRELIMINARY EXAMINATION OR REMOVAL HEARING   Date Scheduled ▶ 11-15-91   Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED   Tape Number | | |
| COMPLAINT ▶ | 11-08-91 | 91-0637MC 01 | INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) 21:841(a)(1) & 846 - crystal methamphetamine | | | DANIEL A. BENT by T. Muehleck, F. Nakakuni, AUSAS | |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information.

(01) Kim, (02) C.H. Chang, (03) Y.K. Chang, (04) Paek, (05) Park, (06) Hong (07) Hyon, (08) Yoon, (09) D. Kim

| | 20 | 21 | 40 | In | Out |

**ATTORNEYS**

U.S. Attorney or Asst.

DANIEL A. BENT
by Thomas Muehleck, Florence T. Nakakuni, Asst. U.S. Attys.

Defense: 1 ☒ CJA.  2 ☒ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

● GEORGE PARKER, III
345 Queen St. 2nd Floor
Honolulu, Hawaii 96813
ph: 526-3426

**INTERPRETER**

**MIGNON RHEE**

**CONNIE FONG**

RICHARD L. HOKE, Esq.
707 Richards Street, Suite 526
Oceanview Center
Honolulu, HI 96813
Ph. 531-5927

AUG 5 1992

**BAIL ● RELEASE**

PRE-INDICTMENT

| Release Date | |
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ | ☐ PSA |
| | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

POST-INDICTMENT

| Release Date | |
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ | ☐ PSA |
| | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | | | | | |
|---|---|---|---|---|---|
| DOCUMENT NO | 91 91 01854 ACK | 09 | | | |

MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE 1 OF
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

(OPTIONAL) Show last names of defendants                    **V. PROCEEDINGS**

**1991**

**Nov 8**

COMPLAINT - Affidavit of Carol K.O. Lee, S/A FBI

Motion To Detain Defendant Without Bail  -  3 days

EP:  Initial Appearance  - Muehleck, (01) I. Garcia and C. Kanai, spec appear, (02) Terada, (03) S. Cedillos, (04) G. Parker, (05) W. Choy.  Defts present. Defts 02,04,05 all sworn to Financial Affidavit. Request for court apptd atty - GRANTED
DH - 11-14-91 at 1:30 p.m. (C)
PH - 11-15-91 at 11:00 a.m. (C)
Defts remanded to the custody of the USMarshals.
                                (ESR/no operator) CONKLIN

Financial Affidavit

ORDER Of Temporary Detention Pending Hearing Pursuant To Bail Reform Act                                   CONKLIN

Return On Clerk's Temporary Commitment - exec by USM - 11-08-91

**12**

Application In Support Of An Order Authorizing Temporary Transfer Of David S. Kim Into The Custody Of The Federal Bureau of Investigation                                   **SEALED**

ORDER Authorizing Temporary Transfer Of David S. Kim Into The Custody Of Agents Of The Federal Bureau of Investigation
**GRANTED**          **SEALED BY ORDER OF THE COURT**    CONKLIN

**14**

EP:  DETENTION HRNG - Muehleck, Brian Pang & Chester Kanai (01), Suzanne Terada (02), Michael Wilson (03), George Parker (04), Wendell Choy (05). All defts are in custody. INTERPRETERS: Kyong Lamson, Mignon Rhee & Jooyiun Kim sworn.  Deft (03) daughter Mijun Yoon present as interpreter for father. Deft 05) does not need an interpreter. All defts present, in custody, with counsel.
PT Svc Report & Supplemental Reports rec'd by counsel
As To Deft 01 - based upon PT Svc Report, deft is DETAINED as he presents a danger to community & a flight risk.
As To Deft 02 - deft is DETAINED, as there is a presumption of danger to community
As to Deft 03 - proffer made. Court accepts PT Svc Report. Deft is not a flight risk but a presumption of danger to community. Wilson may file M/Recons of Bail
As to Deft 04 - Proffered PT Svc Report, keys & interpreter. Deft is ordered DETAINED. Failure to rebut dangerousness. Parker may file M/Recons Bail
As to Deft 05 - Choy offered deft to take blood test. Offer of proof that there was no drugs on deft. Deft is ordered DETAINED, presumption of dangerousness to community not rebutted. All defts remanded to the custody of the USM
                                (ESR/no operator) CONKLIN

APPOINTMENT - V#0414974 - PARKER, G. -
        nunc pro tunc 11-08-91  - $2609.80 - 04-22-92 - KAY

**15**

EP:  PH - Muehleck, Kanai/Pang (01), Terada (02) w/ CONNIE FONG, interpreter, M. Wilson (03) w/ MICHELLE YOON, interpreter, G. Parker (04) w/ MIGNON RHEE, interpreter, W. Choy (05). All defts present. Govt's M/Dismiss Deft 05 - YONG TAE KIM - GRANTED. Govt witness Alan Miyashiro, CST. Court finds probable cause, This matter turned over to the District Court for further proceedings          (ESR/no operator) CONKLIN

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    KIM, DAVID S.

Page   2

91  91  01854  ACK  0
Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

**1991**

Nov 27 | 12 | EP: INDICTMENT - PS ordered   (Judith Powers) <u>CONKLIN</u>

13 | PS issued; retn 12-02-91 at 10:00 a.m. (T)

Dec 2 | 14 | EP: A&P - Only defendant Young Bum Hyon and defendant David S. Kim present. Interpreter Connie Fong for defendant Hyon sworn. Interpreter Mignon Rhee for defendant David Kim sworn. Defendant waive reading of Indictment and enters plea of Not Guilty. Jury Trial: 01-21-92 at 9:00 a.m. (Kay). Final Pretrial Conference: 01-10-92 at 10:00 a.m. (T). Defendant's motions due: 12-23-91. Govt. response due: 01-06-92. Same detention Order to continue. Muehleck present for Govt. Reginald Minn & George Parker present for defts.                    (TC) <u>TOKAIRIN</u>

3 | 15 | Defendant David Seong Kim's Request for Discovery of Materials and Information Pursuant to Rules 12(d)92), 12.1 (b), 16(a) and 26.2 of the Federal Rules of Criminal Procedure, 18 U.S.C. 3500 Brady v. Maryland and Rule 345-1(a) of the Rules of the United States District Court for The District of Hawaii; Certificate of Service

16 | Defendant David Seong Kim;s Motion for Revocation or Amendment of and Request for Immediate De Novo Review and Hearing on Magistrate Daral G. Conklin's November 14, 1991 Decision Detaining Defendant David Seong Kim; Without Bail; Memorandum in Support of Motion; Declaration of Counsel; Exhibits "A-D"; Certificate of Service

4 | 17 | EP: Appeal from the Magistrate-Judge's Order Detaining the Defendant Without Bail - Defendant present with cousenl, George Parker, III. Interpreter Mignon Rhee present. Oral arguments heard. Court finds that defendant is a flight risk and danger to the community and orders defendant to be detained. Mr. Muehleck to prepare Order. (SP) <u>KAY</u>

18 | Return on PS executed by USM on 12-02-91

19 | Memorandum of Law Concerning Pretrial Detention; Certificate of Service

10 | 20 | Government's Response to Discovery Request of Defendant David S. Kim; Certificate of Service

23 | 21 | Findings of Fact in Re Detention/Bail      <u>KAY</u>

26 | 22 | Substitution of Counsel for Defendant David S. Kim; Certificate of Service            <u>TOKAIRIN</u>
Hoke appears

**1992**

Jan 06 | 23 | Defendant David S. Kim's Request for Discovery; Certificate of Service

**- see next page -**

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                         KIM, DAVID S.

page 3
CR 91-01854 ACK 09

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 Jan 9 | 24 | EP: SUPERSEDING INDICTMENT -PS Ordered - (Judith Powers) CONKLIN | | | | |
| | 24a | PS Issued - Return 01-15-92 | | | | |
| 10 | 25 | EP: Final Pretrial Conference - Attorney Hoke substituting for Atty. Parker. (for defendant David Kim) Mike Wilson present for defendant Jae Won Yoon (waives defendant's presence). Defendant Hyon present without counsel. Final Pretrial conference not held. Govt. to file a M/continue Trial dates. (Parties stipulated to shorten time). Final Pretrial conference continued to 01-15-92 at 10:30 a.m. Muehleck, Richard Hoke, Michael Wilson present. (ESR) TOKAIRIN | | | | |
| 13 | 26 | Government's Opposition to Sever Defendant David S. Kim; Certificate of Service | | | | |
| | 27 | Government's Response to Defendant David S. Kim's Request for Discovery; Certificate of Service | | | | |
| '5 | 28 | EP: Final Pretrial Conference A & P on Superseding Indictment. Defendants Young Bum Hyon (2) and David Kim (4) present. Defendants Ki Woon Kim (1) and Jae Won Yoon (3) presence waived. (Both are still in hospital) Final Pretrial Conference not held. As to the A&P to Superseding Indictment: Defendants Young Bum Hyon and David Kim waives reading of Superseding Indictment and Court enters plea of Not Guilty. Defendants Ki Woon Kim (1) and Jae Won Yoon (3) not arraigned yet. Final Pretrial Conference (for all defendants) and A&P as to defendants Ki Woon Kim (1) and Jae Yoon continued to 01-17-92 at 10:00 a.m. Minn, Pyun, Wilson, Hoke & Muehleck present. (SP) TOKAIRIN | | | | |
| 16 | 29 | Notice of Motion; [01-17-92 @ 10:00 a.m. (Tokairin)]; Motion to Continue Trial and Exclude Time Pursuant to Title 18, United States Code, Section 3161(h)(1)(a) | | | | |
| 17 | 30 | Return on Service of PS   executed by USM - on 01-15-92 | | | | |
| 21 | 31 | Notice of Motion  - 01-28-91 at 10:15 a.m. (T)  - Defendant David S. Kim's Motion For Severance Of Defendants; Affidavit; Memorandum; Certificate of Service | | | | |
| | 32 | EP: Final Pretrial Conference / A&P to Superseding Indictment/ M/Continue Trial - All defendants present. A&P as to defendants Ki Woon Kim (1) and Jae Won Yoon (3); Defendants waive reading of Indictment and enters pleas of Not Guilty. Motion to Continue Trial - Granted. Jury Trial: 02-11-92 at 9:00 a.m. (Kay).  Final Pretrial Conference: 02-03-92 at 10:30 a.m. (Conklin). Govt. to prepare order excluding the time. mr. Hoke to file a M/Sever. Muehleck, Minn, Wilson, Hoke & Pyun present. (SP) TOKAIRIN | | | | |
| | | - see next page - | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.  Total
Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     *U. S. vs*

KIM, DAVID S.

AO 256A ⊕

page 4

CR. 91-01854 ACK C9

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|------|------|------|------|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1992** | | | | | | |
| Jan 24 | 33 | ORDER Continuing The Trial Date and Excluding Time From the Speedy Trial Act - Hearing of 01-17 -92. Trial contd. from 01-22-92 to 02-11-92. Time from 01-22-92 to 02-11-92 is excluded from the Speedy Trial Act computation - 18:3161(h)(a)(a). TOKAIRIN | | 01-22-92 02-10-92 | T | 20 |
| Feb 3 | 34 | EP:  Final Pretrial Conference - All defendants present. Interpreter Won Hee You, present for Ki Woon Kim. Interpreter Connie Fong, present for Young Bum Hyon. Interpreter Michelle Yoon, present for Jae Won Yoon. Mr. Hoke's Motion to sever - Denied.  Final Pretrial conference check list reviewed. Interpreter needed. Trial to take 2-3 weeks. Jury instructions, voir dire to be filed 1 week before trial.  Muehleck,Pyun , Minn, Wilson & Hoke present.                             (ESR) CONKLIN | | | | |
| 4 | 35 | Defendant David S. Kim's Proposed Jury Instructions; Certificate of Service | | | | |
| 6 | 36 | EP:  SECOND SUPERSEDING INDICTMENT - PS Ordered (Sandy Graff) CONKLIN | | | | |
| | 37 | PS Issued - Return 02-07-92 @ 11:15 a.m. (Conklin) | | | | |
| 7 | 38 | EP:  Deft's Ki Woon Kim's M/Cont Trial, A&P to Second Superseding Indictment - All defts present. Pyun/Kawate (01) w/ interpreter Yoon, Shigetomi (04), Kanai (06), Minn (07) w/ interpreter Connie Fong, Wilson (08) w/ interpreter Michelle Yoon, Hoke (09) M/Cont Trial - Moot. Defts waive reading of 2nd Sup Ind & enter pleas of NOT GUILTY JS/JT - 04-07-92 at 9:00 a.m. (ACK) FPT - 03-30-92 at 10:30 a.m. (Kurren) Defts ms due 02-27-92. Govt resp 03-12-92. Oral M/Disqualify Counsel as to Kanai Hrng set for 02-19-92 at 1:30 p.m. (C)    (TC) CONKLIN KAY | | | | |
| 10 | 39 | ORDER For Dismissal Purs Rule 48(a), original Indictment dated 11-27-91 as to Ki Woon Kim, Young Bum Hyon, Jae Wong Yoon & David S. Kim dismissed - superseding Indictment retned 01-09-92 | | | | |
| 11 | 40 | Return on PS - exec by USM 02-07-92 via personal service | | | | |
| 21 | 41 | Authorization and Voucher for Payment of Transcript V#2220501003 - $60.00 - Angela Matsuko - KAY | | | | |
| 26 | 42 | Notice of Motion; [03-18-92 @ 2:00 p.m. (Barry Kurren)]; Defendant Dsvid S. Kim;s Motion for Severance of defendants' Affidavit; Certificate of Service | | | | |
| 28 | 43 | Notice of Motion; [03-18-92 @ 2:00 p.m. (Kurren)]; Defendant David S. Kim's Motion for Disclosure and for Particulars; Affidavit; Certificate of Service | | | | |

**- see next page -**

Interval
(per Section III)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

KIM, DAVID S.

page 5
CR 91-01854 ACK 09

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | —(Document No.)— | (a) | (b) | (c) | (d) |
| **1992** Mar 5 | 44 | Government's Response to Defendant David S. Kim's Motion for Disclosure and Bill of Particulars; Certificate of Service | | | | |
| 9 | 45 | Government's Response to Defendant David S. Kim's Motion for Severance; Certificate of Service | | | | |
| Mar 12 | 46 | EP: **THIRD SUPERSEDING INDICTMENT** - PS Ordered - (Judith Powers) | | CONKLIN | | |
| | 47 | PS Issued - Return: 03-25-92 @ 10:30 a.m. | | | | |
| 13 | 48 | ORDER Authorizing Partial Payment of Claim and ORDER to Show Cause Re Balance of Claim          KAY | | | | |
| | 49 | Authorization and Voucher for Expert & Other Services - V#0408820 - $195.00 - Mignon Rhee - KURREN | | | | |
| 26 | 50 | EP: Various Motions and A&P to Third Superseding Indictment. Defendants present. Mr. Hoke's M/Sever - Denied. Mr. Hoke's M/Bill of Particulars - Denied. As to Oral Statements - already provided statements to agents. Court ordered to comply with 320.1 - to be provided by defense. Mr. Gillin's M/Continue - Withdrawn.  Defendants waive reading of Indictment and enters pleas of Not Guilty. JT: 09-01-92 at 9:00 Kay (Trial may go 6 weeks) FPT: 07-30-92 at 10:00 Kurren. Deft. mo 07-14-92.  Govt. 08-04-92. Court ordered this a complex case.  All defendants remanded to the custody of the U.S. Marshals. Govt. to prepare order excluding time.  Muehleck, Hoke, Shigetomi; Gillin; Green & Weight present. (ESR) KURREN | | | | |
| Apr 2 | 51 | Return on PS executed by USM on 03-26-92 | | | | |
| 10 | 52 | ORDER Continuing The Trial Date And Excluding Time From The Speedy Trial Act          KURREN re hrng of 03/26/92 - 04/07/92 - 09/01/92 excluded under 18:3161(h)(1)(a) | | 04-07-92 08-31-92 | T | 157 |
| 13 | 53 | EO: Hrng on M/Withdrawal of NOT GUILTY Plea and to Plea Anew is set for 04/16/92 at 3:00 p.m. (ACK) Notified - Muehleck, Hoke. cc: USPO, USM, Judge Kay's chambers          KAY | | | | |
| 14 | 54 | INFORMATION | | | | |
| | 55 | Letter To Judge Kay from George Parker, III re Order For Partial Payment      - there will be no protest response to the order | | | | |
| 16 | 56 | EP: M/Withdrawal Of Not Guilty Plea & To Plea Anew - Muehleck, Hoke Deft present. INTERPRETER - CONNIE FONG, CST. Deft sworn in. | | | | |
| | 57 | Court questions the deft. "WAIVER OF INDICTMENT" signed & filed in open court. "MEMORANDUM OF PLEA AGREEMENT" signed | | | | |
| | 58 | & filed in open court. Deft enters plea of GUILTY to the Information . Court accepts the GUILTY plea and adj  the | | | | |

contd - *See Next Page*

Interval (per Section III) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    KIM, DAVID S.

91 01854 ACK 09

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1992**
**Apr 16**   Contd **M/COP:**

deft GUILTY. Court defers acceptance of the Memorandum
of Plea Agreement unitl the time of SENTENCING. Deft
referred to the prob office for the prep of the PTSvc
Report. SENTENCING - 07/20/92 at 1:30 p.m. (ACK)
Deft's Oral M/Reconsider the Detention Order - Counsel
for the deft will file a written motion. The deft  will
remain in custody under the present detention order.
                                        (YI)      KAY

24   59   Notice of Motion; [05-15-92 @ 9:30 a.m. (Kurren)];
              Defendant David S. Kim's Motion for Release from Detention
              Pending Sentence; Affidavit; Certificate of Service

27   60   ORDER OF Designation to a Magistrate - to Magistrage Barry M.
              Kurren - Motion for Release from Detention Pending Sentence.
                                                  EZRA

     61   Government's Version of the Offense

28   62   Government's Response to David S. Kim's Motion for Release
              Pending Sentencing

May 22   63   EO:   Defendants Motion for Release from Detention Pending
                    Sentence scheduled for hearing on Tuesday, May 26, 1992
                    at 4:00 p.m. continued to Monday, June 1, 1992 at 3:45
                    p.m. (Mr. Muehleck is not in town and will not be back
                    until June 1) Ms. Nakakuni to notify Richard Hoke.
                    cc: U.S. Marshals Office. U.S. Probation Office.
                                                  KAY

Jun 1   64   EP:   Deft's M/Release From Detention Pending Sentence -
                    Muehleck, Hoke. Deft's presence waived. Oral arguments
                    heard. Deft's M/Release From Detention Pending Sentence
                    DENIED. Ordered that deft cont to be DETAINED.
                    Muehleck to prepare order          (SP)      KAY

     65   EP:   M/Reopen DH and/or for Bail Setting or Supervised Release -
                    Muehleck, Au, Shaw. Deft present. CONNIE FONG - INTERPRETER
                    sworn. Motion - DENIED. Deft remanded to custody of USM
                                        (ESR)      KURREN

10   66   ORDER - Detaining defendant pending sentence.  KAY

19   67   Sentencing Statement of the United States; Certificate of Service

     68   Defendant David S. Kim's Sentencing Statement; Certificate of
              Service                              **SEALED**

Jul 20   69   EP:   SENTENCING to the Information - Muehleck, Hoke. Interpreter
                    CONNIE FONG present. Memorandum of Plea Agreement accepted.
                    CST - David Kim. Prob 3 yrs under the usual conds & the

**contd - *See Next Page***

| Interval | Start Date | Ltr. | Total |
| (per Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    KIM, DAVID S.       CR91-01854 ACK 09    page 7
    AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 Jul 20 | | **Contd – SENTENCING :** following spec cond: 1. Deft pay a fine of $500 in a manner as directed by the prob office. Spec Assess – $50 imposed. Adv of right to appeal Govt's Oral M/Dismiss 3rd Sup Ind as to this deft GRANTED.          (ESR)      KAY | | | | |
| 21 | 70 | Return on Release executed by USM on 07-21-92 | | | | |
| 24 | 71 | JUDGMENT In A Criminal Case                          KAY | | | | |
| Aug 17 | | Transcript of Proceedings – Orig. – pp. 40 – 07-20-92 – V/ARS | | | | |
| Oct 19 | 72 | Presentence Report filed under seal and returned to USPO | | | | |
| | 73 | SENTENCING Recommendation filed under seal and returned to USPO | | | | |
| **1999** | | | | | | |
| JAN 19 | | Transcript of Proceedings – 131 pgs – 04-16-92 Original - Yukie Kindawa - | | | | |

Interval
(per Section II)    Start Date
End Date    Ltr. Total
Code Days